## CHURCH, JR., *v.* FISHER, ADM'R.

PRACTICE.—*Appeal.*—*Notice.*—Where one of several defendants appeals to the Supreme Court, without serving notice of the appeal on the other defendants, and filing proof thereof with the clerk of the Supreme Court, the appeal will be dismissed.

APPEAL from the Marion Civil Circuit Court.

DOWNEY, J.—The judgment in the circuit court in this case was rendered against three defendants. One only of them has appealed, without complying with 2 G. & H. 270, sec. 551.

The appeal is dismissed, with costs.

*W. W. Woollen* and *J. H. Ruddell*, for appellant.

*R. B. Duncan* and *J. S. Duncan*, for appellee.